

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0572-14 & PD-0573-14

**PATRICIA DONALDSON, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

### ORDER TO DETERMINE REPRESENTATION
### DALLAS COUNTY

*This order was delivered per curiam.*

### **O R D E R**

Appellant was convicted of false statement to obtain property or credit in cause numbers F-1000433-S and F-1000435-S in the 282nd District Court of Dallas County. Appellant was sentenced to confinement for five years. The court of appeals affirmed the judgments of the trial court <u>Donaldson v. State</u>, No. 05-13-00598-CR, 05-13-00599-CR (Tex. App. — Dallas, delivered June 4, 2014). Appellant filed a pro se petition for discretionary review which was granted by this Court on February 4, 2015. On February 10,

2105, pursuant to an order from this Court, the trial court appointed the Dallas County Public Defenders Office to represent Appellant on her petition for discretionary review. However, on March 16, 2015, we granted the Dallas County Public Defenders Office motion to withdraw as appointed counsel. Since Appellant is entitled to representation before this Court at this time, we order the trial court to appoint an attorney to represent Appellant before this court in regard to PDR Nos. PD-0572-14 and PD-0573-14 in accord with the provisions of Articles 1.051 and 26.04, V.A.C.C.P. Any hearing conducted pursuant to this order shall be held within 15 days of the date of this order. The trial court's order appointing counsel and any other supplementation of the record shall be returned to this court within 30 days of the date of this order.

It is so ordered this the 18th day of March, 2015

Do not publish